1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                         **FOR THE DISTRICT OF ARIZONA**

8

9    Ines Lugo,                                    **NO. CV-13-02108-TUC-JAS**

10              Plaintiff,
                                                    **JUDGMENT IN A CIVIL CASE**
11   v.

12   Eric Holder, et al.,

13              Defendants.

14

15        **Decision by Court.**  This action came for consideration before the Court.  The

16   issues have been considered and a decision has been rendered.

17        IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed

18   April 12, 2017, judgment is entered in favor of defendant and against plaintiff. The case

19   file is closed.

20                                            Brian D. Karth
                                              District Court Executive/Clerk of Court
21

22   April 18, 2017

23                                            s/ S. Barraza
                                        By    Deputy Clerk
24

25

26

27

28